IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARLYLE INVESTMENT MANAGEMENT L.L.C., TC GROUP, L.L.C., TCG HOLDINGS, L.L.C., DAVID M. RUBENSTEIN, DANIEL A. D'ANIELLO, WILLIAM E. CONWAY, JR., JAMES H. HANCE, JOHN C. STOMBER, and MICHAEL J. ZUPON<br><br>Plaintiffs,<br><br>v.<br><br>MOONMOUTH COMPANY S.A., PLAZA MANAGEMENT OVERSEAS S.A., PARBOLD OVERSEAS LTD., LOUIS J.K.J REIJTENBAGH, and STICHTING RECOVERY CCC,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:12-cv-01732-SLR |

## MOTION TO REMAND

Plaintiffs Carlyle Investment Management L.L.C. ("CIM"), TC Group, L.L.C. ("TC Group"), TCG Holdings, L.L.C. ("TCGH"), David M. Rubenstein, Daniel A. D'Aniello, William E. Conway, Jr., James H. Hance, John C. Stomber, and Michael J. Zupon (collectively, "Plaintiffs") move this Court for an Order remanding this case pursuant to 28 U.S.C. § 1447(c) and supporting authority to the Delaware Court of Chancery and awarding payment of just costs and actual expenses, including attorneys' fees, incurred as a result of the removal. The grounds for remand are set forth in the attached Brief in Support of Motion to Remand.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Robert A. Van Kirk<br>R. Hackney Wiegmann<br>Sarah F. Teich<br>Brian C. Rabbitt<br>Frank J. Balsamello<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000<br><br>January 17, 2013<br><br>6955109 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Angela C. Whitesell*<br>R. Judson Scaggs, Jr. (#2676)<br>Kevin M. Coen (#4775)<br>Angela C. Whitesell (#5547)<br>1201 N. Market Street, 19th Floor<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiffs* |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

Local Rule 7.1.1 requires the filing of a certificate for all non-dispositive motions. Pursuant to *In re U.S. Healthcare*, 159 F.3d 142 (3d Cir. 1998), this Motion to Remand is a dispositive motion under applicable law. Nonetheless, we have informed opposing counsel of our intent to file this motion and they have refused to consent to the relief sought herein.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Robert A. Van Kirk
R. Hackney Wiegmann
Sarah F. Teich
Brian C. Rabbitt
Frank J. Balsamello
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
(202) 434-5000

*/s/ Angela C. Whitesell*
R. Judson Scaggs, Jr. (#2676)
Kevin M. Coen (#4775)
Angela C. Whitesell (#5547)
1201 N. Market Street, 19th Floor
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

January 17, 2013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2013, the foregoing MOTION TO REMAND and CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1 was caused to be served upon the following counsel of record via CM/ECF:

Michael Bonkowski
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-2002

/s/ Angela C. Whitesell
Angela C. Whitesell (#5547)