IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLYLE INVESTMENT MANAGEMENT L.L.C., TC GROUP, L.L.C., TCG HOLDINGS, L.L.C., DAVID M. RUBENSTEIN, DANIEL A. D'ANIELLO, WILLIAM E. CONWAY, JR., JAMES H. HANCE, JOHN C. STOMBER, and MICHAEL J. ZUPON,<br><br>        Plaintiffs,<br><br>  v.<br><br>MOONMOUTH COMPANY S.A., PLAZA MANAGEMENT OVERSEAS S.A., PARBOLD OVERSEAS LTD., LOUIS J.K.J REIJTENBAGH, and STICHTING RECOVERY CCC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 12-1732-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that briefing with respect to both Defendant Plaza Management Overseas S.A.'s Motion to Dismiss Plaintiffs' Amended Complaint (D.I. 6) and Plaintiffs' Motion to Remand (D.I. 9) shall be completed simultaneously on the following schedule:

    Answering Briefs – March 8, 2013

    Reply Briefs – March 22, 2013

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Michael F. Bonkowski* |
| Thomas C. Grimm (#1098) | Michael F. Bonkowski (#2219) |
| Jeremy A. Tigan (#5239) | 500 Delaware Avenue |
| 1201 N. Market Street | Suite 1410 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 652-3131 |
| (302) 658-9200 | mbonkowski@coleschotz.com |
| tgrimm@mnat.com | *Attorneys for Defendant* |
| jtigan@mnat.com | *Plaza Management Overseas SA* |
| *Attorneys for Plaintiffs* | |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Robert A. Van Kirk | Alan Kolod |
| R. Hackney Wiegmann | Mark N. Parry |
| Sarah F. Teich | Gregory J. Fleesler |
| Brian C. Rabbitt | MOSES & SINGER LLP |
| Frank J. Balsamello | The Chrysler Building |
| WILLIAMS & CONNOLLY LLP | 405 Lexington Avenue |
| 725 12th Street, N.W. | New York, NY 10174 |
| Washington, DC 20005 | (212) 554-7800 |
| (202) 434-5000 | |

January 25, 2013

SO ORDERED this ____ day of _____, 2013.

_____
United States District Judge

6967342