OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino, CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

August 14, 2013

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

      RE:    Carlyle Investment Management LLC, et al., v. Plaza Management Overseas S.A., et al.,
            USDC/DE Civil Action No.: 12-1732-SLR

Dear Clerk:

    Pursuant to the Remand Order dated 8/14/2013 signed by the Honorable Sue L. Robinson, transferring the above captioned case to your Court, enclosed please find the following items:

    ( X ) Certified copy of the Order of Remand
    ( X ) Certified copy of the USDC docket sheet

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

                         Sincerely,

                         John A. Cerino, Clerk of Court

                         By: _____
                              Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**